Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060
Tel.  212.309.6000
Fax: 212.309.6001
www.morganlewis.com

**Sam S. Shaulson**
212.309.6718
sshaulson@morganlewis.com

January 21, 2014

**By ECF**
The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    *Moore v. NBCUniversal, Inc.*, No. 13 Civ. 4634 (RMB**)**

Dear Judge Ellis,

We represent the Defendant in the above-referenced matter.  Pursuant to the Court's Order dated December 19, 2013, we write jointly with Plaintiffs to request a short, telephone conference with the Court to further address the status of the issues discussed with the Court during the November 25, 2013 status conference and in the parties' December 18, 2013 letter to the Court. The parties respectfully submit that they are available for this telephonic conference on Friday, January 24, 2014 before 10 a.m.; Tuesday, January 28 between 11:30 a.m. and 2:00 p.m.; or on other dates and times that are convenient for the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

 /s/ Sam S. Shaulson

Sam S. Shaulson

cc:    Justin M. Swartz, Esq.
       Deirdre Aaron, Esq.
       Russell Bruch, Esq.

DB1/ 77421004