USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-16-14

Ellis, R. Mag

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE MOORE and MONET ELIASTAM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NBCUNIVERSAL, INC.,<br><br>        Defendant. | No. 13 Civ. 04634 (RLE)<br><br>**STIPULATION TO DISMISS CLAIMS OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

WHEREAS, on October 3, 2012, Jesse Moore ("Moore") joined the above-captioned lawsuit pursuant to 29 U.S.C. § 216(b) as a plaintiff. ECF No. 1.

WHEREAS, Moore wishes to dismiss his claims pursuant to Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE, it is hereby ORDERED that Moore's claims are dismissed pursuant to Fed. R. Civ. P. 41.

Dated: April 10, 2014
   New York, New York

OUTTEN & GOLDEN LLP

By: _____
   Justin M. Swartz

Justin M. Swartz
Juno Turner
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Tel: (212) 245-1000

***Attorneys for Plaintiffs and the Putative Class and Collective***

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
   Sam S. Shaulson

Sam S. Shaulson
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Facsimile: (212) 309-6001

Russell R. Bruch (admitted *pro hac vice*)
1111 Pennsylvania Avenue, NW

Washington, DC 20004
Tel: (202) 739-3000
Facsimile: (202) 739-3001

Hilary Lane
NBCUniversal
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 664-2022

*Attorneys for the Defendants*

**SO ORDERED:**

Dated: April 16, 2014

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge