

Advocates for Workplace Fairness

October 15, 2014

**By ECF**
The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>*Eliastam v. NBCUniversal, Inc.*</u>, No. 13 Civ. 4634 (RLE)

Dear Judge Ellis:

    We represent the Plaintiffs in the above-referenced matter.  We write jointly with the Defendant to respectfully request an extension of time to file a motion for preliminary approval of the parties' settlement from October 8, 2014 to October 22, 2014.  Although the parties met on August 26, 2014 and resolved all outstanding issues, Defendant has not yet completed its review of the final settlement agreement and accompanying documents.  A brief extension is therefore necessary to enable the Defendant to complete its review and for the parties to execute the final version of the agreement.

    We thank the Court for its continued attention to this matter.

                                                        Respectfully submitted,

                                                       Justin M. Swartz

cc:    Sam Shaulson (by ECF)
        Russell Bruch (by ECF)
        Juno Turner

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601   Tel 312-924-4888   Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111   Tel 415-638-8800   Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com