**OUTTEN & GOLDEN** LLP

*Advocates for Workplace Fairness*

January 9, 2015

**By CM/ECF**
The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *Eliastam v. NBCUniversal, Inc.*, No. 13 Civ. 4634 (RMB) (RLE)

Dear Judge Ellis,

  We represent the Plaintiffs in the above-referenced wage and hour putative class and collective action. We previously submitted the fully-executed Settlement Agreement to the Court on December 15, 2014. ECF Nos. 58, 58-1. It has recently come to our attention that Attachment A to the Agreement, the list of Affiliated Entities under NBCUniversal Media, LLC with which Class Members participated in unpaid internships, was inadvertently omitted from the Agreement when filed. Accordingly, attached hereto is a fully-executed copy of the Settlement Agreement that includes Attachment A.

  We apologize for this omission, and thank the Court for its attention to this matter.

           Respectfully submitted,

           /s/ Juno Turner

           Juno Turner

Enclosure

cc: All Counsel (by CM/ECF)

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
161 N. Clark Street, Suite 4700, Chicago, IL 60601  312-809-7010  Fax 312-809-7011
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com