UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK          X

Monet Eliastam, et. al.,                                                    Case No. : **13 CV 4634-RLE**
individually and on behalf
of all others similarly situated,

                       Plaintiffs,                                   NOTICE OF APPEARANCE

   -against-

NBCUNIVESAL MEDIA, LLC,

                       Defendant.
_____X

     PLEASE TAKE NOTICE, that Dina N. Agusta, a member of the class and objector to the settlement in the NBC Universal unpaid internship class , hereby appears in the above entitled action, and that the undersigned has been retained as attorney for Dina N. Agusta, a member of the class and objector, for the limited purposes of objecting to the settlement and appearing at the Final Approval Hearing on the fairness and adequacy of the proposed Settlement.

Dated: Nassau, New York
       March 14, 2015

                                                     Yours, etc.

                                               _____
                                               Michael J. Agusta, Esq. (MA-0890)
                                               Attorney for Objector
                                               Dina N. Agusta
                                               1012 Maple Drive
                                               Franklin Square, New York 11010
                                               T: (516) 355-2070
                                               F: (516) 355-2074
                                               E: mja@mjagusta.com