April 3, 2015

**By CM/ECF**
The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *Eliastam v. NBCUniversal, Inc.*, No. 13 Civ. 4634 (RLE)

Dear Judge Ellis,

  We represent the Plaintiffs in the above-referenced settled class and collective action. The Court granted Preliminary Approval of the settlement on December 15, 2014. We write pursuant to Section 2.6.2 of the Settlement Agreement to provide the Court with copies of the Class Member objections that have been received by the Claims Administrator to date. Plaintiffs will address the merits of these objections in their forthcoming motions for final approval of the settlement and for approval of attorney's fees and costs.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Juno Turner

            Juno Turner

Enclosures

cc: All Counsel (by CM/ECF)

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 646-509-2060
161 N. Clark Street, Suite 4700, Chicago, IL 60601   312-809-7010   Fax 312-809-7011
One Embarcadero Center, 38th Floor, San Francisco, CA 94111   Tel 415-638-8800   Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com