# Exhibit A

March 6, 2015

Ursula Howzell
REDACTED
Norhtridge, Ca  91327
REDACTED

NBC Universal Intern Settlement

c/o Angeion Group

1801 Market Street, Suite 660

Philadelphia, PA 19103

NBCUniversal@angeiongroup.com

1-800-731-9203

*Eliastam, et al. v. NBCUniversal Media, LLC,* Case No. 1:13-cv-4634-RLE.

Re:  Ursula Howzell, "Objection to Settlement"

To the Court, Angeion Group, Outten & Golden LLP, and NBC Universal Media:

During the late summer from August 2011, to December 2011, I was hired by NBC Universal Media, with Patrick Dickson as my supervisor within the Casting Department - assisting Grace Wu, Teri Dean & Brian Dorfman, who were Senior Vice Presidents located on 100 plaza dr., Studio City, Ca.

This letter is to inform you that I am claiming "OBJECTION" TO THE Eliastam, et al. v. NBCUniversal Media, LLC, Case No. 1:13-cv-4634-RLE.

Working for NBCUniversal was once an amazing dream. I then and continually feel that this entertainmnent company is a wonderful place - filled with a multitude of opportunities. Unfortunately, I do in fact, object and disagree with the amount - due to my creative contributions and effort, which was much greater than the $501.02 dollars granted/ offered by the defendant.

For the five months duration, after I was hired, I worked two days a week, from 9:30am to 6:30/7pm. To show my passion and skills for being a hard worker and prior hopes to be hired, I worked through lunch - never taking a break; with answering telephones and accepting/ signing off mail deliveries from other directors, departments, companies and A-List SAG Actors. I actually took on a second role/ title as a tour guide - volunteering in NBCUniversal's workshops giving tours to the next incoming group of potential interns, who were selected, to learn new ventures and ask any questions to help them have a smooth transition onto the Universal Lot and other departments in Burbank and Studio City, Ca.  Most

of these workshops / Luncheons were offered/ scheduled after working hours; for a 3 to 4 hour duration. I did not attend all... but most.

I also worked for the "Diversity Casting Department" [adjacent to our office], running errands to the art department, for newly printed flyers for upcoming events, prepared "Goodie Bags" for their Directors Guild Film Festival event ; Honoring certain important figures, ordered lunches and spent time as a "Audience Analysis Viewer" for the submitted films contest, in addition to, preparing and giving opinions for additional SAG Actor profiles for possible casting sessions, who were nor apart of the casting Department I was hired to work for.  Below are my calculations.

### Hours Worked

9:30am to 6:30/7pm

15 min. (Travel Time) each way to & from parking lot & Casting Department.

a.) 9 1/2 hrs / per day
b.) B.) 2 days a week
c.) Total = 19 hrs a wk
d.) 8 days a month = 76 hrs
e.) 5 months August 2011 to December 2011
f.) Totals: 380 hrs @ $15.00 dollars hr.

Settlement/ Amount Owed to me:  $5,700.00 dollars.

My reasons and calculations are justified due to my thourough research, on one particular website.. { www.careerbliss.com} NBC Universal salaries for interns @ 40k annually in 2010... and 30k annually in 2012... and since I interned in 2011... I figure my earnings would have been 35k annually.  In addition to the $5,700.00 dollars I expect... & deserve... additional earnings while I worked under certain conditions; For instance, proven facts of:

Neglegence, in vasion of privacy, for submitted television & film ideas to the "Creative Development" Department, in which they have used for "New Hire Pages", propaganda, high ratings and financial growth.  For these actions, I am asking for 5 times the expected amount of $5,700.00 = Totaling: $28,500.00 dollars.  This amount is more than accurate and justified.

I would like to give my deepest appreciation to, the court, plantiff v. defendant and the lawyers, Outten & Gold LLp. For their practice and opportunities offered to the interns, who were and still are passionately involved w/ NBC Universal for teamwork growth & profit gain expectancy.  I am a woman of truth; And for the past five years, I have been passionately waiting for 4 years, to receive a letter of response, from the Human Resources & creative Development Department and truthfully... I am still passionately waiting...

Sincerely,

Ursula Howzell

Former NBC Intern 2011

LOS ANGELES
CA 900
06 MAR '15
PM 11 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO 37039   PHILADELPHIA, PA

POSTAGE WILL BE PAID BY ADDRESSEE

NBCUNIVERSAL INTERN SETTLEMENT
C/O ANGEION GROUP
SUITE 660B
1801 MARKET STREET
PHILADELPHIA PA 19103-9666