# Exhibit C

3/16/15

Dafny Sanchez
REDACTED
New York, New York 10040

To Whom It May Concern:

I object to the settlement in the NBC UNIVERSAL unpaid internship case. This settlement is unfair for the amount of time and work I invested in TELEMUNDO NY 47. I interned from 9 /12 through 12/12. I worked with the assignment night editor selecting stories for the 11PM crew. I worked closely with the content integration editor to upload packages to social media and the station's website Telemundo47.com. I also sent packages to station affiliates in the Dominican Republic, Ecuador, and Colombia. I never received the stipend that was agreed upon when I signed the paperwork. With that being said all expenses that were put traveling to Fort Lee, New Jersey were my own expenses.

I was not granted access to my NBCUNIVERAL log in until a month after I started my internship. During this time I had to work on the assignment editor's computer.  Once I gained access to my log in, it was already too late for me to submit my past stipends. Concerned with this issue, I communicated with Casey Conroy from 30 Rock to address the issue in regards to my stipends.  She handed me a form that require that the manager sign an agreement of a settlement for $500. I sent all the information needed. Weeks later I called the office to speak with Conroy, but she wasn't working at NBC any more. The representative who was there was Kate Lawrence who told me that I needed to send her again the receipt for $500, but by that time I was completely out of the system and out of my NBCUI account.

I believe that interning should be a rewarding and a wonderful experience, especially when you go in with hopes and dreams of being in the career you want to pursue.  The hassle I went through to try to receive the stipend was unfair especially since I didn't receive anything in the end.

Thank you,

Dafny Sanchez
REDACTED



▶ Insert shipping
document here

## Extremely Urgent

**Helping the environment.**

When you use envelopes that are part of our FedEx carbon-neutral envelope shipping program, you're helping support sustainable projects like wind farms and reforestation. Our investments in these projects help neutralize the carbon emitted when shipping, all at no extra cost to you. Now that's a breath of fresh air.

See how FedEx connects the world in responsible and resourceful ways at **earthsmart.fedex.com**. Join our efforts by recycling this envelope.

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2013 FedEx 155475/155476 REV 9/13

**earthsmart**
FedEx carbon-neutral
envelope shipping

