**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Juno Turner
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONET ELIASTAM, ALEXANDER VAINER, AND RHEANNA BEHUNIAK, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | **Case No. 13 Civ. 4634 (RLE)** |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

## NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF
## ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and Motion for Approval of Service Awards and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     awarding Class Counsel attorneys' fees and costs of eighteen and a half percent (18.5%) of the Settlement Fund ($1,184,000.00), which includes $5,552.10 in expenses incurred by Class Counsel; and

(2)      granting such other, further, or different relief as the Court deems just and proper.

Dated: April 24, 2015
       New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Justin M. Swartz
Justin M. Swartz

Justin M. Swartz
Juno Turner
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

***Attorneys for Plaintiffs and the Class and Putative Collective***